UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:

    SHARON ZYGLEWICZ                       Chapter 13
                                                                  Case No. 10-12530

                                     Debtor.

## MODIFIED PLAN

       SHARON ZYGLEWICZ, the Debtor herein, hereby modifies her Chapter 13 Plan (the "Plan") pursuant to 11 U.S.C. §1329 as follows:

    1.    The 11 U.S.C. 506 claims of Richard Herrmann shall be paid outside the Plan and pursuant to 11 U.S.C. 502 those claims shall be stricken. To the extent that there are any post petition arrears, they shall be deemed waived with payments resuming in February 2015. Payments shall remain unchanged and to the extent necessary, a lump sum payment will be paid at the end of this Plan. The Plan shall be extended to sixty (60) months from confirmation (04/01/11)

    2.    The dividend and liquidation amount remain unchanged.

    3.    To the extent there are undisbursed funds on hand, Debtor seeks to have those funds disbursed on the arrears claim to Wells Fargo Mortgage.

# DECLARATION

(The penalty for making a false statement of concealing property is a fine of

up to $500,000 or imprisonment for up to 5 years or both. - 18 U.S.C. secs. 152 and 3571.)

I, SHARON ZYGLEWICZ , named as the Debtor in this case, declare under penalties of perjury that I have read the foregoing Modified Plan, consisting of two (2) sheets (including this declaration), and that it is true and correct to the best of my knowledge, information and belief.

DATED:      January 5, 2015                    /s/  Sharon Zyglewicz
                                                Sharon Zyglewicz